UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Vanessa Bartolini v. Bayer Corporation et al* | No. 11-cv-11496-DRH |
| *Danika Carlson v. Bayer Corporation et al* | No. 10-cv-13017-DRH |
| *Monique Jones v. Bayer Corporation et al* | No. 11-cv-13319-DRH |
| *Jill Kofler v. Bayer Corporation et al* | No. 11-cv-10399-DRH |
| *Diana Lagoda v. Bayer Corporation et al* | No. 11-cv-11693-DRH |
| *Shannon McClelland v. Bayer Corporation et al* | No. 10-cv-12838-DRH |
| *Karen Randall v. Bayer Corporation et al* | No. 10-cv-10791-DRH |
| *Elizabeth Ryman v. Bayer Corporation et al* | No. 13-cv-10418-DRH |
| *Mayra Serrano v. Bayer Corporation et al* | No. 10-cv-12854-DRH |
| *Carmen Sigurdson v. Bayer Corporation et al* | No. 10-cv-12857-DRH |
| *Sierra Simpson v. Bayer Corporation et al* | No. 11-cv-10093-DRH |
| *Stephanie Stanley v. Bayer Corporation et al* | No. 09-cv-10084-DRH |
| *Jessica Terry v. Bayer Corporation et al* | No. 10-cv-12861-DRH |
| *Alona Triplett v. Bayer Corporation et al* | No. 09-cv-10140-DRH |
| *Michele Vinole v. Bayer Corporation et al* | No. 10-cv-10116-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 29, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY: /s/*Caitlin Fischer*
> **Deputy Clerk**

Date: September 30, 2014

APPROVED:  
    CHIEF JUDGE  
    U. S. DISTRICT COURT

Digitally signed by David R. Herndon
Date: 2014.09.30 06:40:23 -05'00'

2